# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) | |
| DYLAN FORD | | Case No.   6:26-mj-201 |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dylan Ford                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Attempt enticement of a minor, in violation of 18 U.S.C. § 2422(b)
Attempt receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)
Attempted Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) and (e)

Date:   July 28, 2026

_____
*Issuing officer's signature*

City and state:   Eugene, Oregon

Amy E. Potter, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . <br><br> Date: _____                                             _____ <br> *Arresting officer's signature* <br><br><br> _____ <br> *Printed name and title* |